IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

_____

UNITED STATES OF AMERICA

v.                                                          Case # 2:14cr20287

ANTHONY CARUSO

_____

**MOTION TO CONTINUE SENTENCING HEARING**
_____

Comes now the Defendant by and through his attorney of record, Leslie I. Ballin, who would move this Honorable Court for a thirty (30) day continuance of the Sentencing Hearing date set on August 28, 2015 and in support would state that Counsel for Defendant needs additional time in which to prepare for the sentencing of this matter;

That AUSA Deb Ireland has no objection to this request.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Sentencing Heairng date be continued thirty (30) days to a date determined by this Court.

> Respectfully Submitted,
> /s/Leslie I. Ballin, Esq.
> BALLIN, BALLIN & FISHMAN, P.C.
> 200 Jefferson Avenue, Suite 1250
> Memphis, TN  38103
> (901) 525-6278
> Attorney for Defendant

CERTIFICATE OF CONSULTATION

I, Leslie I. Ballin, Attorney for Defendant hereby certify that I have consulted with AUSA Deb Ireland regarding this request and she has no objection.

/s/Leslie I. Ballin, Esq.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via electronic mail this the 12th day of August, 2015.

/s/Leslie I. Ballin, Esq.